UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE FRENCH,<br><br>        Plaintiff,<br><br>    v.<br><br>M. WALLAHAN, et al.,<br><br>        Defendants. | Case No. 21-cv-09446-SI<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 10 |

On January 28, 2022, plaintiff, appearing *pro se*, filed a motion for extension of time to serve process on defendants or for permission to proceed without proper service of summons. Dkt. No. 10. Because all defendants have appeared in the matter, *See* Dkt. No. 9 (motion to dismiss), the Court will not require plaintiff to conduct additional service of process. Accordingly, the motion is **DENIED AS MOOT**. Plaintiff may proceed without additional service.

**IT IS SO ORDERED**.

Dated: February 1, 2022

SUSAN ILLSTON
United States District Judge