UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE FRENCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. WALLAHAN, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-09446-SI<br><br>**JUDGMENT** |

The Court entered an order of dismissal in the above-captioned case on February 1, 2022, dismissing plaintiff's complaint with leave to amend by February 18, 2022. Dkt. No. 11. No amended pleading has been filed. Judgment against plaintiff and in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

.

Dated: March 8, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge